IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

NORRIS T. POWELL "SR." et al, on behalf of himself,

        Plaintiff,

v.

RICK RAEMISCH,

        Defendant.

ORDER

09-cv-306-slc

---

Plaintiff Norris T. Powell, Sr., a prisoner at the Green Bay Correctional Institution in Green Bay, Wisconsin, has submitted a proposed complaint in this case. He requests leave to proceed *in forma pauperis*. A decision on the request will be delayed until plaintiff submits a trust fund account statement for the six-month period immediately preceding the filing of the complaint as required by 28 U.S.C. § 1915(a)(2).

Plaintiff's complaint was submitted on May 11, 2009. His trust fund account statement should cover the six-month period beginning approximately November 10, 2008 and ending approximately May 11, 2009. Once plaintiff has submitted the necessary statement, I will calculate his initial partial payment and advise him of the amount he will have to pay before the court can screen the merits of his complaint under 28 U.S.C. § 1915(e)(2).

ORDER

IT IS ORDERED that plaintiff may have until June 8, 2009, in which to submit a certified copy of his trust fund account statement for the period beginning approximately November 10, 2008 and ending approximately May 11, 2009. If, by June 8, 2009, plaintiff fails to respond to this order, I will assume that he wishes to withdraw this action voluntarily. In that event, the clerk of court is directed to close this case without prejudice to plaintiff's filing his case at a later date.

Entered this 19th day of May, 2009.

BY THE COURT:

/s/

STEPHEN L. CROCKER
Magistrate Judge